FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JAN 13 2017

LONG ISLAND OFFICE

CR-17 0022

| D/KS Prob. 22 (Rev 06/13) | | DOCKET NUMBER (Trans. Court) PACTS# 238548 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | 1083 6:13CR10136-001 |
| | | DOCKET NUMBER *(Rec. Court)* |
| NAME AND ADDRESS OF PROBATIONER / SUPERVISED RELEASEE: | DISTRICT<br>District of Kansas | DIVISION<br>Wichita |
| Michael Franco<br>8 Deforest Street<br>Deer Park, NY 11729 | NAME OF SENTENCING JUDGE<br>Honorable J. Thomas Marten | |
| | DATES OF PROBATION / SUPERVISED RELEASE: | FROM 06/13/2016    TO 06/12/2019 |

**OFFENSE:**

Scheme To Defraud: Money - State Tax Stamps in violation of 18 U.S.C. § 2314, Class C Felony

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the court to the United States District Court for the Eastern District of New York upon that court's order of acceptance of jurisdiction.

This court hereby expressly consents that the period of probation or supervised release may be changed by the district court to which this transfer is made without further inquiry of this court.*

| January 9, 2017 | s/ J. Thomas Marten |
|---|---|
| *Date* | *United States District Judge* |

*This sentence may be deleted at the discretion of the transferring court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this court from and after the entry of this order.

**BIANCO, J.**

| | |
|---|---|
| *Effective Date* | *United States District Judge* |